| | |
|---|---|
| 1 | THAD A. DAVIS (SBN 220503) |
|   | thad.davis@ropesgray.com |
| 2 | ROCKY C. TSAI (SBN 221452) |
|   | rocky.tsai@ropesgray.com |
| 3 | ROPES & GRAY LLP |
|   | Three Embarcadero Center, Ste 300 |
| 4 | San Francisco, California  94111-4006 |
|   | Tel:    (415) 315- 6300 |
| 5 | Fax:    (415) 315-6350 |

6  HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA  02199-3600
   Tel:    (617) 951-7606
11 Fax:   (617) 235-0215

12 Attorneys for Defendants

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            OAKLAND DIVISION

| | |
|---|---|
| GEORGE THOMPSON, individually and on behalf of all others similarly situated, | Case No.   4:11-cv-02340-DMR |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT, <u>ORDER</u>** |
| v. | |
| SONY ONLINE ENTERTAINMENT, LLC, a Delaware Limited Liability Company, SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware Limited Liability Company; and SONY CORPORATION OF AMERICA, a New York Corporation, | Judge:  Donna M. Ryu |
| Defendants. | |

1  WHEREAS, defendants Sony Online Entertainment LLC ("SOE"), Sony Computer Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.), Sony Network Entertainment International LLC ("SNEI") and Sony Corporation of America ("SCA"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25) putative class action lawsuits within this District, to date;

2  WHEREAS, certain of the Sony Defendants have also been named as defendants in at least nineteen (19) putative class action lawsuits pending outside this District, to date;

3  WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including Sony Defendants' response, are due by June 2, 2011.

4  WHEREAS, the current deadline for SOE, SCEA, SNEI and SCA to respond to the Complaint is July 26, 2011;

5  WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

6  NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

7  The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

///

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 4:11-cv-02340-DMR

1  Either party may seek ex parte relief from this stipulated Order for good cause shown,
2  including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 31, 2011                         VAHN ALEXANDER
                                            FARUQI & FARUQI, LLP

                                            By:  /s/ Vahn Alexander /s/ [as authorized]
                                                 Vahn Alexander
                                                 Attorneys for Plaintiff
                                                 GEORGE THOMPSON

Dated: May 31, 2011                         HARVEY WOLKOFF
                                            THAD A. DAVIS
                                            ROCKY C. TSAI
                                            ROPES & GRAY LLP

                                            By:  /s/ Rocky C. Tsai /s/
                                                 Rocky C. Tsai

                                            Attorneys for Defendants
                                            SONY COMPUTER
                                            ENTERTAINMENT AMERICA LLC
                                            and SONY NETWORK
                                            ENTERTAINMENT INTERNATIONAL
                                            LLC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:     6/2/11                           By: _____
                                                 U. S. District Court Magistrate Judge