1   THAD A. DAVIS (SBN 220503)
    thad.davis@ropesgray.com
2   ROCKY C. TSAI (SBN 221452)
    rocky.tsai@ropesgray.com
3   ROPES & GRAY LLP
    Three Embarcadero Center, Ste 300
4   San Francisco, California  94111-4006
    Tel:    (415) 315- 6300
5   Fax:    (415) 315-6350

6   HARVEY J. WOLKOFF
    harvey.wolkoff@ropesgray.com
7   MARK P. SZPAK
    mark.szpak@ropesgray.com
8   LARA A. ORAVEC
    lara.oravec@ropesgray.com
9   ROPES & GRAY LLP
    Prudential Tower, 800 Boylston Street
10  Boston, MA  02199-3600
    Tel:    (617) 951-7606
11  Fax:    (617) 235-0215

12  Attorneys for Defendants
    SONY COMPUTER ENTERTAINMENT AMERICA LLC
13  SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19  GEORGE THOMPSON,                          Case No.    3:11-cv-02340-EMC

20              Plaintiff,                     **STIPULATION AND [PROPOSED]
                                               ORDER TO VACATE CASE** RESETTING C
21          v.                                 **MANAGEMENT CONFERENCE
                                               AND ASSOCIATED DEADLINES**
22  SONY COMPUTER ENTERTAINMENT
    AMERICA LLC, and SONY NETWORK              Judge:  Hon. Edward M. Chen
23  ENTERTAINMENT INTERNATIONAL LLC,

24              Defendants.

25

26

27

28

27372434_1.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least sixty-two (62) putative class action lawsuits, including this lawsuit, to date;

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters before a single district court, to which multiple responses, including the Sony Defendants' response, have been filed to date and are under submission before the JPML, with a hearing date of July 28, 2011;

WHEREAS, the current date of the initial Case Management Conference ("CMC") in this case is August 24, 2011 and certain other deadlines are set forth in the Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, the parties have agreed that it is in the best interests of all parties to vacate the CMC and associated deadlines in this case in order to facilitate the scheduling of this matter in coordination with the schedule for the motion and hearing before the JPML;

NOW, THEREFORE, all parties, by and through their respective counsel, hereby stipulate for an order as follows:

In light of the motion for centralization pending before the JPML, the CMC and all associated deadlines, including those set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, in the above-entitled action shall be vacated and further pretrial and scheduling matters shall be addressed by the transferee judge following centralization or, in the event such motion for centralization is denied, the defendants will notify the Court within a reasonable time thereafter, so that the Court may at that time issue a revised case schedule.

STIPULATION AND PROPOSED ORDER TO VACATE
CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 3:11-cv-02340-EMC

Dated: July 27, 2011

VAHN ALEXANDER
FARUQI & FARUQI LLP

By:  /s/ Vahn Alexander/s/     [as authorized]
     Vahn Alexander

Attorneys for Plaintiff
GEORGE THOMPSON

Dated: July 27, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:  /s/ Rocky C. Tsai /s/
     Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER
ENTERTAINMENT AMERICA LLC
and
SONY NETWORK ENTERTAINMENT
INTERNATIONAL LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The CMC is reset from 9/16/11 to 1/27/12.  A joint CMC statement shall be filed by 1/20/12.

Dated:  7/28/11

By: _____
United States District Court Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER TO VACATE
CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 3:11-cv-02340-EMC